# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANKIE L. JOHNSTONE, in individual and representative capacity as trustee under the Frankie L. Johnstone Trust, dated December 20, 2012; TALK-A-LOT WIRELESS LLC, a Michigan Limited Liability Company; and Does 1-10,<br><br>　　　　　　　　　　Defendants. | Case No. 19cv1706-JAH (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On March 18, 2020, Plaintiff, Raul Uriarte-Limon, and Defendants, Frankie L. Johnstone and Talk-A-Lot Wireless LLC, filed a joint motion to dismiss this case with prejudice.

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated: March 18, 2020

_____
Hon. John A. Houston
United States District Judge